RYAN T. DUNN (SBN: 215383)
rdunn@dpllp.com
DUNN & PANAGOTACOS LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 982.2100
Facsimile: (415) 982.2119

Attorneys for Plaintiffs
REBECCA LEIMBACH, an individual, and
H.L., a minor by and through her guardian ad litem REBECCA LEIMBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| REBECCA LEIMBACH, an individual, and H.L., a minor by and through her guardian ad litem REBECCA LEIMBACH,<br><br>Plaintiffs,<br><br>v.<br><br>PAPER SOURCE and DOES 1-20, inclusive,<br><br>Defendants. | Civil Action No. 4:16-cv-07340-DMR<br><br>**PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. Petitioner, H.L., is a minor and is 7 years old.

2. Petitioner is about to commence an action in court against PAPER SOURCE and DOES 1-20, inclusive for misappropriation of likeness related to improper and unauthorized reproduction, distribution and publication of a photograph.

3. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Rebecca Leimbach, whose address is 131 Devin Drive, Moraga, CA 94556, is a competent and responsible person, and fully competent to act as petitioner's guardian ad litem. Mrs. Leimbach is the mother of petitioner and a plaintiff in this action.

5. Mrs. Leimbach is willing to act as guardian ad litem for petitioner, as appears by her consent below.

6. WHEREFORE, Petitioner moves this court for an order appointing REBECCA LEIMBACH as guardian ad litem of petitioner for the purpose of bringing action against PAPER SOURCE and DOES 1-20.

DATED: December 28, 2016        DUNN & PANAGOTACOS LLP

By _____
Ryan T. Dunn, Esq.
Attorneys for Petitioner

## CONSENT OF NOMINEE

I, REBECCA LEIMBACH, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: December 21, 2016        _____
Rebecca Leimbach

## ORDER

The petition for an order appointing REBECCA LEIMBACH as guardian ad litem for petition is GRANTED.

DATED: _____, 2016   _____
UNITED STATES DISTRICT JUDGE